**Electronically Filed**
**Intermediate Court of Appeals**
**CAAP-26-0000394**
**16-JUL-2026**
**12:21 PM**
**Dkt. 15 OAWST**

NO. CAAP-26-0000394

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI

JASON T. ITO, Plaintiff-Appellant,
v.
HAWAIʻI HEALTH SYSTEMS CORPORATION, KRIS WILSON, AND
DAWN HAO-DEMOTTA, IN THEIR OFFICIAL CAPACITIES AND/OR
IN THEIR INDIVIDUAL CAPACITIES, Defendants-Appellees,
and
JOHN DOES 1-10, JANE DOES 1-10, DOE CORPORATIONS 1-10,
DOE PARTNERSHIPS 1-10, AND DOE LIMITED LIABILITY COMPANIES 1-10,
DOE GOVERNMENTAL UNITS 1-10, AND DOE ENTITIES 1-10,
Defendants.

APPEAL FROM THE CIRCUIT COURT OF THE THIRD CIRCUIT
(CASE NO. 3CCV-25-0000246)

ORDER APPROVING STIPULATION FOR DISMISSAL OF APPEAL
(By: Leonard, Presiding Judge, McCullen and Guidry, JJ.)

Upon consideration of the Stipulation for Dismissal of
All Claims and Parties with Prejudice (**Stipulation**), filed
July 8, 2026, by Plaintiff-Appellant Jason T. Ito, the papers in
support, and the record, it appears that (1) the appeal has not
been docketed; (2) under Hawaiʻi Rules of Appellate Procedure

Rule 42(a), the parties stipulate to dismiss the appeal with prejudice and bear their own attorneys' fees and costs; and (3) the Stipulation is signed by counsel for all appearing parties.

Therefore, IT IS HEREBY ORDERED that the Stipulation is approved and the appeal is dismissed with prejudice.  The parties shall bear their own attorneys' fees and costs.

DATED:  Honolulu, Hawaiʻi, July 16, 2026.

/s/ Katherine G. Leonard
Presiding Judge

/s/ Sonja M.P. McCullen
Associate Judge

/s/ Kimberly T. Guidry
Associate Judge